PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WRK RARITIES, LLC, ) | |
| ) | CASE NO. 4:13cv791 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| UNITED STATES ATTORNEY ) | |
| GENERAL, *et al.*, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendants. ) | **ORDER** [Regarding ECF No. 3] |

On April 10, 2013, Plaintiff WRK Rarities, LLC, filed a Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 3. After a hearing and supplemental briefing, the Court denied Plaintiff's motion for a temporary restraining order and set a preliminary injunction hearing and briefing schedule. ECF No. 8.

On April 25, 2013, the parties filed a Stipulation and Agreed Order, wherein Plaintiff withdrew its request for a preliminary injunction. ECF No. 11 at 2. The Court hereby approves the withdrawal of Plaintiff's motion (ECF No. 3) and cancels the hearing and briefing schedule previously set (ECF No. 8 at 6).

Additionally, the Court approves the following requests made by the parties in the Stipulation: 1) Plaintiff will be permitted to amend its Complaint within 15 days of the Court's Order approving the Stipulation; 2) Defendants will respond to the foregoing Amended Complaint (or Complaint if no Amended Complaint is filed) within 60 days as provided for under Fed. R. Civ. Pro. 12; and 3) thereafter, the Court will set forth a normal pre-trial and trial

(4:13cv791)

schedule that includes discovery, dispositive motions, and a trial date.[1]

     IT IS SO ORDERED.

| May 1, 2013 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
|  | United States District Judge |

---

[1] The parties also agreed that the Internal Revenue Service will cease further collection efforts against Plaintiff with respect to the tax liabilities of Kimpel's Jewelry & Gifts, Inc. during the pendency of this lawsuit. ECF No. 11 at 2.