PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WRK RARITIES, LLC, | ) | |
| | ) | CASE NO. 4:13cv791 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNITED STATES ATTORNEY | ) | |
| GENERAL, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendants. | ) | **ORDER** [Regarding ECF Nos. 27; 34] |

Pending before the Court is Defendant United States of America's Motion to Dismiss

Party Cindy Leonard and Barry Kimpel for failure to comply with the statutory guidelines of 26

U.S.C. § 6532. ECF No. 27.

Also pending before the Court is the Motion for Voluntary Dismissal filed by Plaintiffs

Barry Kimpel and Cindy Leonard. ECF No. 34. Kimpel and Leonard state that they "are

continuing to look for material that may be relevant in extending the statute of limitations for

their claims pursuant to 26 U.S.C. § 6532," but that "they have not yet located such

documentation. Accordingly, Cindy Leonard and Barry Kimpel request an order granting a

voluntary dismissal of their claims without prejudice so that their claims may be refiled should

such documentation be discovered." ECF No. 34.

The Court grants the motion filed by Kimpel and Leonard (ECF No. 34) and dismisses

(4:13cv791)

their claims without prejudice.  The United States' motion (ECF No. 27) is denied as moot.


       IT IS SO ORDERED.


  November 4, 2013                          */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                           United States District Judge